AO 442

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA

V.

ANGEL ARMENDARIZ (5)

FILED
2008 JUN 30 PM 4: 24
SOUTHERN DISTRICT OF CALIFORNIA
BY _____VWH_____ DEPUTY

## WARRANT FOR ARREST

CASE NUMBER: 08 mj 1855

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   ANGEL ARMENDARIZ
_____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition  [ ] Pretrial Violation

charging him or her with (brief description of offense)

Wire Fraud and Aiding and Abetting

In violation of Title   18   United States Code,   § 1343

| W. Samuel Hamrick, Jr. | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| | 6-13-08 @ San Diego, CA |
| Signature of Deputy | Date and Location |

Bail fixed at $ no bail pending first appearance   by   PETER C. LEWIS
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at San Diego FBI office
9797 Aero Dr. San Diego CA

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 6/13/08 | MOUSA N. Rehib | |
| DATE OF ARREST | Special Agent IRS-CI | |
| 6/24/08 | | |