AO 442

**NOT FOR PUBLIC VIEW**

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
ANGEL ARMENDARIZ (5)

2008 JUL 30 AM 8:25
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

#15291024
1008D-298

## WARRANT FOR ARREST

1/28/81

CASE NUMBER: 08 MJ 1855

To:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    ANGEL ARMENDARIZ

_____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition  [ ] Pretrial Violation

charging him or her with (brief description of offense)

Wire Fraud and Aiding and Abetting

DATE: 6/24/08
ARRESTED BY: FBI in San Diego
STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY: _____

RECEIVED JUN 16 P 4:12 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

In violation of Title   18   United States Code,   § 1343

W. Samuel Hamrick, Jr.
Name of Issuing Officer

Clerk of the Court
Title of Issuing Officer

_____
Signature of Deputy

6-13-08 @ San Diego, CA
Date and Location

Bail fixed at $ no bail pending first appearance     by     [signature]
PETER C. LEWIS
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

CLASS II 'J'                    FBI                         2604